**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MARILYN COLEY                                                                                              PLAINTIFF

v.                                         No. 4:09CV00118 JLH

STATE OF ARKANSAS; THE CITY OF NORTH
LITTLE ROCK, ARKANSAS; NORTH LITTLE
ROCK CODE ENFORCEMENT DEPARTMENT;
TOM WADLEY, Director of the North Little Rock
Code Enforcement; and PATRICK H. HAYS, Mayor of
North Little Rock, Arkansas                                                                         DEFENDANTS

**JUDGMENT**

Pursuant to Opinion and Order entered today, this action is remanded to the North Little Rock District Court.

IT IS SO ORDERED this 3rd day of April, 2009.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE